UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:18-cr-00018

———

**United States of America**

v.

**Jason Vernon Bowman**

———

**O R D E R**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on August 21, 2024, and issued a report and recommendation as to the disposition of this matter. Doc. 51. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 50.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendant's supervised release is revoked, and the court orders that defendant Jason Vernon Bowman be sentenced to imprisonment for a term of 12 months with no further supervised release to follow. The court recommends that defendant serve his sentence at FMC Fort Worth, Texas, if available, but if unavailable, FCI Seagoville, Texas.

*So ordered by the court on August 29, 2024.*

J. CAMPBELL BARKER
United States District Judge